**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00558-CV**
_____

**DALE CHENEY, Appellant**

**V.**

**GULF COAST MACHINE & SUPPLY COMPANY AND PROSPECT CAPITAL CORPORATION, Appellees**

**On Appeal from the 60th District Court
Jefferson County, Texas
Trial Cause No. B-195691**

**MEMORANDUM OPINION**

The appellant, Dale Cheney, filed a motion to dismiss this accelerated appeal without prejudice. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal without reference to the merits.

APPEAL DISMISSED.

1

_____

HOLLIS HORTON
Justice

Submitted on February 4, 2015
Opinion Delivered February 5, 2015

Before McKeithen, C.J., Kreger and Horton, JJ.